IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| CHARLENE CHELI, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:24-cv-01105-KMW-SAK |
| VILLAGE VINELAND 3600 LANDIS LLC, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a confidential settlement agreement executed between the parties.

Respectfully submitted this 7th day of July 2025.

By: */s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N. East Avenue
Vineland, New Jersey 08360
(609) 319-5399
js@shadingerlaw.com
Attorney for Plaintiff

By: */s/ Michael Cross*
Michael Cross, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 530-2150
mcross@csglaw.com
Attorney for Defendant